## Streeter Co., Inc., Appellant, *v.* Murray.

Argued March 22, 1966. *Edward P. Clayman,* with him *Thomas F. Wilson* and *William G. Giltinan,* for appellant; *Jerome E. Furman,* with him *Rappaport, Furman & Gianopoulos,* for appellees.

Order affirmed.